# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

O'DOYLE RULES, LLC,

Appellant,

v.

JAMES A. FRIEDBERG, ESQUIRE and SAMUEL ISRAEL, ESQUIRE,
as co-trustees of the Ervin and Susanne Bard Family Trust,

Appellees.

No. 2D2023-1073

———————————————

June 21, 2024

Appeal from the Circuit Court for Hillsborough County; Melissa M. Polo,
Judge.

Bradley A. Muhs and Eric S. Koenig of Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill, & Mullis, P.A., St. Petersburg (withdrew after briefing);
Steven L. Brannock of Brannock Berman & Seider, Tampa (substituted
as counsel of record), for Appellant.

Todd M. Hoepker of Todd M. Hoepker, P.A., Orlando, for Appellees.


PER CURIAM.

   Affirmed.

BLACK, ATKINSON, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.